McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-0215-GEB |
| ) | |
| Plaintiff, ) | MOTION AND ORDER |
| ) | DISMISSING INDICTMENT |
| v. ) | |
| ) | |
| JESUS GILBERTO FELIX CASTELLANO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed May 25, 2006 against defendant JESUS GILBERTO FELIX CASTELLANO.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 7, 2006               McGREGOR W. SCOTT
                                      United States Attorney


                                      By /s/ Mary L. Grad
                                      MARY L. GRAD
                                      Assistant U.S. Attorney

1

O R D E R

It is ordered that the above-captioned Indictment in CR-S-06-215 GEB be and is hereby dismissed without prejudice against JESUS GILBERTO FELIX CASTELLANO.

Dated: November 9, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge